# LARUSSO, CONWAY & BARTLING, LLP
## ATTORNEYS AT LAW
300 OLD COUNTRY ROAD, SUITE 341
MINEOLA, NEW YORK 11501
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 19 2018 ★

LONG ISLAND OFFICE

November 15, 2018

**Electronically Filed**
Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: United States v. Wilber Adalberto Fernandez-Vasquez
           Criminal Docket No. 16–CR-403 (JFB)

Dear Judge Bianco:

    This application is respectfully being submitted on behalf of my client Wilbur Fernandez-Vasquez seeking permission to retain the services of non-CJA certified Spanish interpreter, Mirian Hernandez for assistance in interviewing Mr. Vasquez at the Nassau County Correctional Center ("NCCC"). Presently only one CJA certified interpreter, J. Carlos Venant, has agreed to travel to NCCC. Mr. Venant's schedule often prevents timely and necessary meetings with my client. The problem is compounded by the need for an interpreter by learned counsel David Hoose and mitigation specialist, Rebecca Cohen, also assigned to Mr. Vasquez's case.

    Ms. Hernandez is in the process of renewing her CJA application, and is willing to accommodate us at the NCCC. (Attached please find Ms. Hernandez's professional documentation.) We are requesting payment for a non-certified Spanish interpreter under the provisions of the Criminal Justice Act ("CJA"). This application is being submitted pursuant to 18 U.S.C. § 3006A(e) and Section X(B) of the CJA Plan for the Eastern District of New York because the services are necessary for an adequate representation of Mr. Fernandez-Vasquez.

    The enclosed order for a non-certified Spanish interpreter is submitted for the Court's consideration.

Respectfully submitted,

*Robert P. LaRusso*
Robert P. LaRusso

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA                    O R D E R

- against –

                                         Cr. No. 16-CR 403 (JFB)

WILBUR ADALBERTO FERNANDEZ-VASQUEZ
         Defendant.

----------------------------------X

      Upon written application of Robert P. LaRusso, appearing for the defendant Wilbur Adalberto Fernandez-Vasquez, for authorization to retain the services of a non-certified Spanish interpreter to assist in the representation of the defendant, and for good cause shown,

      IT IS HEREBY ORDERED, pursuant to 18, U.S.C., § 3006A(e) and Section X(B) of the CJA Plan for the Eastern District of New York, (1) that counsel for Mr. Fernandez-Vasquez is granted permission to retain the services of a non-certified Spanish interpreter and (2) that payment is approved under the provisions of the Criminal Justice Act.

Dated: Central Islip, New York
       November 19, 2018

                                          SO ORDERED:

                                          *Joseph Bianco*

                                          HONORABLE JOSEPH F. BIANCO
                                          UNITED STATES DISTRICT COURT JUDGE
                                          EASTERN DISTRICT OF NEW YORK

# Hunter College

of The City University of New York | 695 Park Avenue, New York, N.Y. 10021 | Office of The Registrar

04/01/93

To Whom It May Concern:

This is to certify that Miriam Hernandez 070/44/1349O1 is a graduate of Hunter College of the City University of New York. The degree of Bachelor of Arts in Spanish, was conferred on 6/4/1980.

NOT VALID WITHOUT COLLEGE SEAL

Yechiel J. Rosen____
Senior Registrar
Hunter College/C.U.N.Y.

**UNIVERSIDAD COMPLUTENSE DE MADRID**

FACULTAD DE FILOLOGIA

Sección de __FILOLOGIA__

Certificación académica personal
CURSO DE 197_5_ - 197_6_
Núm. __31246__

## CERTIFICACION ACADEMICA PERSONAL

Don MANUEL GIL ESTEVE

Profesor Agregado y Secretario de esta Facultad

CERTIFICO: Que D.ª __Miriam SANTIAGO HERNANDEZ__
que nació en __Nueva York__ provincia de __U.S.A.__
el día __24__ de __enero__ de 19_54_, según resulta de su expediente académico que obra en esta Secretaría de mi cargo, __en el pasado curso académico 1974-75 se matriculó por Enseñanza Oficial del primer curso de Filología (Plan Nuevo).__

Y para que conste donde convenga al interesado, y a su instancia, libro la presente de orden y con el V.º B.º del Iltmo. Sr. Decano de esta Facultad y el sello de la misma, en Madrid, a __DIECIOCHO__ de __NOVIEMBRE__ de mil novecientos setenta y __CINCO__.

V.º B.º
El Decano,

El Secretario de la Facultad,

El Jefe de la Secretaría,



NEW YORK STATE UNIFIED COURT SYSTEM
DIVISION OF COURT OPERATIONS
COURT INTERPRETING SERVICES

THIS WILL CERTIFY THAT
**MIRIAN HERNANDEZ**
HAS SUCCESSFULLY COMPLETED THE
UCS COURT INTERPRETER ETHICS TRAINING PROGRAM
HELD ON 7/14/2006

Lawrence K. Marks, Administrative Director
NYS Unified Court System

Ronald P. Younkins, Chief of Operations
NYS Unified Court System



**NYS Unified Court System**
**Office of Court Administration**
Certification Unit
17 Elk St., 5th Floor
Albany, NY 12207-1014

# Examination Results Notice

| | |
|---|---|
| 45-757 COURT INTERPRETER | SCORE: 83.4 |
| GENERAL RANK: 48 | |

HERNANDEZ MIRIAN
21003 43RD AVE APT 2C       BAYSIDE       NY   11361-2778

Dear Candidate:

Congratulations on passing the open-competitive examination identified below.

Please refer to the map identifying counties and Judicial Districts in New York State. Your name will be included, in rank order, on all certifications sent to the Judicial District in which you live. New York City will be considered as a single geographic area for purposes of certification. If you wish to modify your preferences, you must return the Location Preference Form (attached) to the List Certification Unit at the above address within fifteen business days. If you are adding locations, you must include all desired locations, including those which have already been assigned to you. **YOU DO NOT HAVE TO RETURN THIS FORM UNLESS YOU WISH TO CHANGE YOUR LOCATION PREFERENCES.**

Candidates will be certified to all courts and agencies in counties for which they have expressed a preference or have been assigned a preference based on residence. In New York City, candidates will be certified to individual courts and agencies. If, when canvassed, candidates decline to be considered for appointment, they will not be certified for any other similar appointments in that county (or New York City court or agency) unless they select the option on the availability inquiry which allows them to remain active for future consideration in that county (or New York City court or agency).

Upon written request to this office, you may request to review the scoring of your papers for possible computational errors, unless the announcement states otherwise. Such request must be sent to the Examination Unit at the above address within 15 business days of the date of the establishment of this eligible list. Include your full name, address and social security number, as well as the number and title of the examination.

Please retain this page for your personal records.                    Examination Unit

---

**LOCATION PREFERENCE FORM**
(CHECK THOSE COUNTIES IN WHICH YOU WOULD ACCEPT APPOINTMENT)

45-757 COURT INTERPRETER        SCORE: 83.4
GENERAL RANK:    48

HERNANDEZ MIRIAN
21003 43RD AVE APT 2C       BAYSIDE       NY   11361-2778

| THIRD JUDICIAL DISTRICT | | FOURTH JUDICIAL DISTRICT | | FIFTH JUDICIAL DISTRICT | |
|---|---|---|---|---|---|
| COUNTY | Including CITY COURTS | COUNTY | Including CITY COURTS | COUNTY | Including CITY COURTS |
| ( ) ALBANY | (ALBANY, COHOES, WATERVLIET) | ( ) CLINTON | (PLATTSBURGH) | ( ) HERKIMER | (LITTLE FALLS) |
| ( ) COLUMBIA | (HUDSON) | ( ) ESSEX | | ( ) JEFFERSON | (WATERTOWN) |
| ( ) GREENE | | ( ) FRANKLIN | | ( ) LEWIS | |
| ( ) RENSSELAER | (RENSSELAER, TROY) | ( ) FULTON | (GLOVERSVILLE, JOHNSTOWN) | ( ) ONEIDA | (ROME, SHERRILL, UTICA) |
| ( ) SCHOHARIE | | ( ) HAMILTON | | ( ) ONONDAGA | (SYRACUSE) |
| ( ) SULLIVAN | | ( ) MONTGOMERY | (AMSTERDAM) | ( ) OSWEGO | (FULTON, OSWEGO) |
| ( ) ULSTER | (KINGSTON) | ( ) ST. LAWRENCE | (OGDENSBURG) | | |
| | | ( ) SARATOGA | (MECHANICVILLE, SARATOGA SPRINGS) | | |
| | | ( ) SCHENECTADY | (SCHENECTADY) | | |
| | | ( ) WARREN | (GLENS FALLS) | | |
| | | ( ) WASHINGTON | | | |

| SIXTH JUDICIAL DISTRICT | | SEVENTH JUDICIAL DISTRICT | | EIGHTH JUDICIAL DISTRICT | |
|---|---|---|---|---|---|
| COUNTY | Including CITY COURTS | COUNTY | Including CITY COURTS | COUNTY | Including CITY COURTS |
| ( ) BROOME | (BINGHAMTON) | ( ) CAYUGA | (AUBURN) | ( ) ALLEGANY | |
| ( ) CHEMUNG | (ELMIRA) | ( ) LIVINGSTON | | ( ) CATTARAUGUS | (OLEAN, SALAMANCA) |
| ( ) CHENANGO | (NORWICH) | ( ) MONROE | (ROCHESTER) | ( ) CHAUTAUQUA | (DUNKIRK, JAMESTOWN) |
| ( ) CORTLAND | (CORTLAND) | ( ) ONTARIO | (CANANDAIGUA, GENEVA) | ( ) ERIE | (BUFFALO, LACKAWANNA, TONAWANDA) |
| ( ) DELAWARE | | ( ) SENECA | | | |
| ( ) MADISON | (ONEIDA) | ( ) STEUBEN | (CORNING, HORNELL) | ( ) GENESEE | (BATAVIA) |
| ( ) OTSEGO | (ONEONTA) | ( ) WAYNE | | ( ) NIAGARA | (LOCKPORT, NIAGARA FALLS, NORTH TONAWANDA) |
| ( ) SCHUYLER | | ( ) YATES | | ( ) ORLEANS | |
| ( ) TIOGA | | | | ( ) WYOMING | |
| ( ) TOMPKINS | (ITHACA) | | | | |

| NINTH JUDICIAL DISTRICT | | TENTH JUDICIAL DISTRICT | | NEW YORK CITY | |
|---|---|---|---|---|---|
| COUNTY | Including CITY COURTS | COUNTY | Including CITY COURTS | COUNTY | Including CITY COURTS |
| ( ) DUTCHESS | (BEACON, POUGHKEEPSIE) | ( ) NASSAU | (GLEN COVE, LONG BEACH) | ( ) NEW YORK CITY | (ALL COUNTIES) |
| ( ) ORANGE | (MIDDLETOWN, NEWBURGH, PORT JERVIS) | ( ) SUFFOLK | | | |
| ( ) PUTNAM | | | | | |
| ( ) ROCKLAND | | | | | |
| ( ) WESTCHESTER | (MT. VERNON, NEW ROCHELLE, PEEKSKILL, RYE, WHITE PLAINS, YONKERS) | | | | |



**STATE OF NEW YORK, UNIFIED COURT SYSTEM**
**OFFICE OF COURT ADMINISTRATION**
**25 BEAVER STREET  ROOM 1081**
**NEW YORK, NEW YORK 10004**

Date: February 25, 2002

Miriam Hernandez
210-03 43 Avenue # 2C
Bayside, NY 11361

Re:  Notice of Examination Results
     <u>Court Interpreter #45-666</u>

Dear Ms. Hernandez:

With regard to your recent inquiry concerning your status on the above eligible list, please be advised of the folloc

You passed the above examination with a final rating of 85.2 and a rank number of 49. Your name has been incl in rank order, on all certifications sent to the Judicial District in which you live. (New York City is considered as a single geographic area for purposes of certification.). If you wish to modify your preferences, you may do so by writing to the I Certification Unit, room 1047, at the above address.

Candidates will be certified to all courts and agencies in counties for which they have expressed a preference or been assigned a preference based on residence. In New York City, candidates will be certified to individual courts and a If, when canvassed, candidates decline to be considered for appointment, they will not be certified for any other similar appointments in that county (or New York City court or agency) unless they select the option on the availability inquiry allows them to remain active for future consideration in that county (or New York City agency).

Please retain this page for your personal records.

                                                          Examination Unit



# CERTIFICATE OF COMPLETION

## Presented to

# *MIRIAN HERNANDEZ*

For the Successful Completion of the
National Center for Interpretation Testing, Research and Policy
**Agnese Haury Institute for Interpretation**
**From July 8, 2002 to July 26, 2002**
**with 112.5 Hours of Instruction, earning 11.3 Continuing Education Units**

THE UNIVERSITY OF ARIZONA.

Paul Gatto, Assistant Director

John Bichsel, Associate Director